IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:23-cr-273-TPB-CPT

EMMANUEL DOURTHE
_____/

## NOTICE OF FILING

**COMES NOW** the Defendant, **EMMANUEL DOURTHE,** through counsel, and hereby gives notice of filing the following documents:

1. Character Letter from Abigail Martinez.
2. Character Letter from Brigida Adon

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ Raudel Vitier*
Raudel Vitier, Esq.
Florida Bar No.0077125
Assistant Federal Defender
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone:   (813) 228-2715
Facsimile:   (813) 228-2562
E-mail: Del_Vitier@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of February 2025 a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Samantha Newman

*/s/ Raudel Vitier*
Assistant Federal Defender

January 20,2025

Dear honorable Judge Barber,

It is with great enthusiasm that I'm writing this letter to ask for your lenience on behalf of Mr. Emmanuel Dourthe, the defendant.

Emmanuel Dourthe is my fiance and we have been together for 4 years. We were blessed 2 years ago with a beautiful daughter named Mariana. Throughout our relationship Emmanuel stood to be our caregiver, responsible father, and a lovely partner. He is a very kind, respectful and caring person when it comes to the people he loves. He goes above and beyond for others that sometimes the decisions he makes aren't the best in the long run..

I was aware of some personal difficulties in my fiances life. He was struggling with an overwhelming addiction which severely limited his ability to cope with life. As humans we are all susceptible to making bad decisions, but we also have the power within us to change and remedy things to the best of our abilities.

Emmanuel is 26 years old and has his whole life ahead to make a difference in society by getting help. He won't only change for himself but to become a better person, for the community and for his family. He has always had a confident demeanor and a desire to better himself. He made a mistake but that should not define who he is.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case I still believe Emmanuel to be an honorable individual, a valuable member of the community, and a good human being.

Sincerely,

Abigail Martinez.

February 3, 2025

Honorable Judges:

The undersigned, BRIGIDA ADON, I send my most respectful greetings to the honorable judges in charge of judging the fault and error committed against society by my grandson, EMMANUEL DOURTHE, who I know will have to pay for his mistake, and know that I do not pretend that his cause has no effect, I only humbly beg you for mercy and mercy, since he is very sorry for allowing himself to be led down such a bad path, by bad company that induced him to commit a crime, I I know they didn't force him, but he grew up without a father figure, and he felt the need to fill that void to be accepted.

Today he is a father and I am sure that he deeply regrets not being able to participate in the process of growth and development of his little girl, so it is more than an oath before God and society and before himself to remain, since he is more than sorry and aware that he should not continue that life, for the present and future of his daughter.

Emmanuel is a wonderful young man, a great human being, regardless of the reason why he is deprived of his freedom. He is very compassionate towards everyone, especially children and animals. He is very attached to his family and extremely loyal to friends. He is very protective of people in special conditions and is always sheltering animals that he finds abandoned.

It is appropriate to tell you about an anecdote in which while at a camp in the Dominican Republic, one day he arrived with the minimum he could wear, because he gave away the cap, the tennis shoes and the polo shirt, because he saw that a child had gone in bad conditions and was being bullied. In addition, he asked me to put enough snacks in his backpack to share with the children who didn't have any.

He is extremely loving to me, and he is always aware of whether I am okay, always attentive to how I feel and if I need anything. He has a great interest in spiritual things and is always seeking knowledge on the subject.

He recognizes that he has made a serious mistake and wishes to amend his behavior, for this reason, please, please, I cry out for mercy for my grandson and so that I can stop feeling this anguish that overwhelms me due to this situation. With thanks in advance, it remains yours,

*Brigida Adon*
**BRIGIDA ADON**